Arron Frederick LEMON, Plaintiff-Appellant,

v.

Jeannie Jinkyung HONG, Defendant-Appellee.

No. 16-1616

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 29, 2016

Arron Frederick Lemon, Appellant Pro Se.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arron Frederick Lemon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have

reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. <u>Lemon v. Hong</u>, No. 1:16–cv–00979–ELH, 2016 WL 2347976 (D. Md. May 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>